Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

▼

_____Civil_____ Division

Lalitha E. Jacob MD

Case No. 8:19 cv 229 T 35 SPF

*(to be filled in by the Clerk's Office)*

)
)
)
)
Jury Trial: *(check one)* ☑ Yes ☐ No
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mentor Worldwide, LLC
a foreign limited liability company

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lalitha E. Jacob MD |
| Street Address | 170 Valencia Circle |
| City and County | St. Petersburg, Pinellas |
| State and Zip Code | FL, 33716 |
| Telephone Number | (727) 452-4294 |
| E-mail Address | lalithaejacob@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name                         Mentor Worldwide, LLC.

    Job or Title *(if known)*

    Street Address               33 Technology Drive

    City and County           Irvine, Orange

    State and Zip Code       CA, 92618

    Telephone Number       (800)636-8678

    E-mail Address *(if known)*    support@mentorwwllc.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Lalitha E. Jacob                      , is a citizen of the State of *(name)*    Florida                        .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*                                  ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant,  *(name)*                              , is a citizen of the State of *(name)*                            . Or is a citizen of *(foreign nation)*                        .

2.    If the defendant is a corporation

The defendant, *(name)*   Mentor Worldwide, LLC                , is incorporated under the laws of the State of *(name)*    California                  , and has its principal place of business in the State of *(name)*   California                .

Or is incorporated under the laws of *(foreign nation)*                        ,

and has its principal place of business in *(name)*                        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

For extreme personal, financial and professional losses including severe emotional duress.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*    01/30/2007    , at *(place)*   7855 38th Avenue North, St. Petersburg, FL 33710                          ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
They failed to inform the plantiff via an informed consent about the origin of the product from a foreign country with the highest failure potential for silicone breast implants, the nature of material used in the implant and the life-threatening health complications related to the product failure.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
The plantiff developed severely disabling and life-threatening medical problems related to lupus-like syndrome within a few months after the insertion of the silicone breast implants. This led to loss of family stability, significant drop in the income with a total lack of earned income since 2012 and the plantiff was forced to stop working as a MD/physician/Neurologist at the end of December 2017. This in turn has led to very significant emotional, financial and personal hardship.

*(Please see Exhibit I) - Supplement*

## IV.    Relief *to the Statement of Claim.*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plantiff requests the total amount of $30 million in damages for the following reasons:

1) The plantiff has training in 4 differently medical specialities and this in turn required a tremendous amount of time, energy, dedication and sacrifice. This had given her a higher earning potential compared to other physicians in the same field of medicine.
2) She was forced to give up her profession completely at the peak of her career, as a single woman, due to severely disabling symptoms affecting multiple organ systems in the body. Her mental and physical issues that followed contributed significantly to the dissolution of her marriage of 25 years.
3) Extreme emotional turmoil resulting from loss of physical health, family stability and the potential for earning future income.
4) Requesting 500 thousand per year for the loss of income and 500 thousand per year for the extreme emotional duress due to the complete loss of family, health and career starting from eleven years ago to the possible lifespan of about 79 years of age.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     01 / 29 / 2019

Signature of Plaintiff

Printed Name of Plaintiff     Lalitha E. Jacob

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address