# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

August 4, 2019

*2019 AUG -7 PM 3: 54*

*TAMPA, FLORIDA*

Lalitha E. Jacob, M.D.

v.

Mentor Worldwide, LLC.

CASE # 8:19-cv-00229-MSS-SPF

## AMENDED COMPLAINT

I. **JURISDICTION**
1) I have lived in the St. Petersburg/Clearwater area since 1991. Both of my surgeries involving the defendant's medical device were done in St. Petersburg, FL in June 2005 and January 2007. Therefore, this court has jurisdiction over my complaints.

II. **CLAIMS**
1) The defendant, Mentor Worldwide LLC, was given immunity under the "preemption" only if they followed through with the strict instructions given by the FDA. It was required by law when this Class III medical device was brought back into the market in November of 2006 after a 14 year ban due to serious dangers associated with this product. But, the defendant failed to comply with the Federal requirements at multiple stages. Their negligence has led to serious multiple life-threatening and severely disabling lupus-like syndrome in myself. This has affected almost every vital internal organ. The failures are as follows:

III. **STATEMENT OF CLAIMS AGAINST MENTOR WORLDWIDE LLC**
1) <u>**VIOLATION OF THE PMA(PRE MARKET APPROVAL)AS REQUIRED BY THE FDA**</u>
   a. I was informed that all patients undergoing surgery between November 2006 and April 2007 with silicone implants were to be included in the PAS or post approval study.
   b. The defendant violated this Federal mandatory requirement by not enrolling me in the study. If I was included in the study some of the serious complications encountered in 2007/2008 would have been handled appropriately. This in turn would have prevented the serious and irreversible medical conditions I am facing now.

1

    **c.**    Total failure in conducting PAS or Post-Approval Study. The defendant was instructed to enroll 40,000 patients and to follow them for a period of 10 years. By the end of 3 years Mentor lost 78% of data on their study due to the lack of patient retention. Also, they dropped some patients from the study whenever serious systemic symptoms were mentioned by the patient. The defendant failed to anticipate the usual problems encountered in a long-term medical study and to take the appropriate steps to prevent them from happening. For example, if they had enrolled a higher number of patients than required this would have allowed for the patients dropping out due to multiple reasons. This would have helped them to retain enough patients required to produce accurate data.

    **d.**    The failure to update the FDA and the public about the new dangers related to the device that have been discovered since this device was brought back into the market. Many scientific articles have been made available since November 2006 regarding the connection between the device and the systemic illness like lupus-like syndrome (Exhibit D). This as well as systemic chemical toxicity occurred in my case. It was incumbent on the defendant to report to the FDA any complications, especially serious ones, even if it is very rare. Mentor LLC did not fulfill this obligation as dictated by the FDA.

**2) BREACH OF IMPLIED WARRANTY**

    **a.**    My only MRI of the breasts done on 12/20/2018 showed a small intracapsular rupture on the left side. That means that the rupture did not lead to any communication between the contents of the implant and the rest of my body. No rupture was noted on the right side. In spite of this, the contents on both sides were of a thin oily consistency and not the thick "gummy gel" consistency that it is supposed to be. The left side liquid was also a dark yellow in color, instead of colorless as it should have been. These are indicative of the fact that the shells were defective or porous. This in turn has led to "gel bleed" or leakage of the contents to the rest of my body, leading to severe immune dysfunction and systemic chemical toxicity. These findings were confirmed in the operative report of Dr. M. Barnett (EXHIBIT A) from 01/02/2019 and the extensive chemical analysis of the implants and the capsules done by Dr. P. Blais in March 2019 (EXHIBIT B). I am fully aware of the fact that a rupture can happen at any time (even before 10 years). But, the defendant ensuring an intact shell is a basic requirement of safety dictated by Federal law, which was completely violated per my case.

**3) LACK OF INFORMED CONSENT**

    **a.**    According to Federal guidelines, the defendant is required to keep a copy of the last page of their information booklet signed by the patient and the

      Surgeon in their records. Mentor LLC has failed to do so and this is a violation of Federal law.

   b. Failure of proper disclosure of all the contents of the implant and the shell to the patient. I have a very severe known allergy to Nickel. I absolutely would not have undergone this surgery if I knew this device contained the many neurotoxic and carcinogenic elements and heavy metals including Nickel. Please see the results of <u>my toxicology report from 01/02/2019 (EXHIBIT C)</u> to see how the levels of each is markedly elevated in my system. The damage can be very extensive and irreversible. For example, Mercury is very toxic to neurons and can affect cognition. Manganese attacks basal ganglia in the brain and affects balance. Chromium and Nickel can lead to cancer and the list goes on.

   c. If the informed consent was carried out properly I would have had my first MRI of the breasts in the first three years following my surgery and then every two years as recommended by the FDA. This would have helped with the earlier diagnosis and treatment in my case.

## IV. COMPENSATION SOUGHT

**1) INCOME LOSS          $18,000,000**

   a. Past, present and future losses of income.

   b. As a neurologist with additional training in psychiatry and anesthesiology I was able to handle very complex cases and was able to perform pain management procedures such as nerve blocks

   c. Have recently been offered several very <u>high paying jobs</u> that I have been forced to turn down due to my many disabling medical issues <u>(EXHIBIT E)</u>

**2) PAIN & SUFFERING     $10,000,000**

   a. Due to complications from the failure of the medical devices, my marriage of 25 years involving two children ended up in divorce. This was extremely devastating to me considering the fact that I come from a very conservative Christian background and I am alone in this country with my family being 9,000 miles away.

   b. At the end of 2017 I was forced to stop working as a physician, putting an end to a very hard-earned career.

   c. After the break up of my family my career was my life-line that helped to keep me going, but when I had to put an end to my career the culminating impact of the two significant irreversible losses was so catastrophic to me that the damages are immeasurable and cannot be described in words.

      **d.**    Being unable to perform basic responsibilities or duties as a mother towards my two children due to my health issues was and continues to be emotionally devastating to me

**3) MEDICAL EXPENSES      $2,000,000**

      **a.**    Past, present and future medical expenses.

      **b.**    I have had multiple hospitalizations, tests, doctor visits/consultations, procedures including surgeries and other treatment modalities starting since the placement of the implants.

      **c.**    Currently still having significant medical issues and have been advised to undergo intense detoxification in an accredited/reputable program which are very few in number across the country with extremely limited access.

      **d.**    Considering the fact that I have severe lupus-like syndrome, my chances of recovery is less than 17% per scientific data even with the explantation surgery. I will have to continue with different treatment modalities available to us at this time on an indefinite basis.

**V.    ADDITIONAL PARTIES ADDED TO ONGOING LITIGATION**

**1) JOHN O'BRIEN, M.D. – ST. PETERSBURG, FL( The connection between my multitude of illnesses & the actions of the Surgeon indicating malpractice was made only in 12/2018 & 01/2019 )**

      **a.**    For not following the "standard of practice" during the January 30, 2007 revision surgery.

      **b.**    Improper handling of the informed consent for both the June 2005 and July 2007 surgeries.

      **c.**    Inadequate post-operative instructions following the surgeries.

**2) FEDERAL DRUG ADMINISTRATION (FDA)**

      **a.**    Failure to adequately supervise the defendant, Mentor Worldwide, LLC., since November of 2006

      **b.**    Not holding the defendant accountable following the failure to perform the PAS (post-approval study) as instructed.

      **c.**    Inadequate documentation of the rare but serious complications related to this medical device.

    3) **AMERICAN SOCIETY OF PLASTIC AND RECONSTRUCTIVE SURGEONS (ASPS)**

        a. Poor execution of the informed consent (not revealing the serious but rare complications).

        b. Inadequate training and supervision of the surgeons performing implantation surgeries.

## VI. CONCLUSION

a) The Defendant, Mentor Worldwide LLC is primarily responsible for the loss of my family, career, health, financial stability & even my physical appearance. ( As a tax paying citizen , I am entitled to compensation for total destruction of my life under our JUSTICE system. As a patient who almost died & as a Physician in the medical field for the last 43 years , I have managed to learn everything possible about preemption. Based on it I can honestly say " PREEMPTION IS NOT A LICENSE TO KILL & DESTROY INNOCENT LIVES". Each case is different & has to be individually looked at by its own merit. The illness related to this device can be divided into mild, moderate, severe & very severe . I am in the last category, proven by objective data which I cannot fake or artificially create. )

b) The other three parties that are listed in this litigation have contributed to the losses I have sustained.

c) IF ALL THE ABOVE PARTIES WERE DILIGIENT AND HONEST IN CARRYING OUT THEIR DUTIES PROPERLY, THE ULTIMATE TRAGEDY THAT HAPPENED TO ME COULD HAVE BEEN AVOIDED. ( AS LONG AS I AM ALIVE , I WILL NOT REST TILL JUSTICE IS SERVED & THE DEFENDANT IMPLEMENT APPROPRIATE CHANGES REQUIRED TO PREVENT THIS CATASTROPHY HAPPENING TO ANOTHER INNOCENT HUMAN BEING . I HAVE MADE THIS MY MISSION IN LIFE AT THIS TIME. AS A PATIENT AS WELL AS A PHYSICIAN, I AM WILLING TO HELP MENTOR, WORLDWIDE LLC TO BRING ON THESE SMALL POSITIVE CHANGES , SO THAT THEY CAN CONTINUE TO STAY IN BUSINESS. )

## VII  PRAYER FOR RELIEF

Your Honor, I had paid a big price to become a Doctor. I was the youngest in the family & was very close to my father, whom I considered as " God on Earth". In 1976 at the age 54, he was admitted to the hospital for the 1st time in his life. I was only 17 years old then. When I went to spend some time with him, he sent me home to study since I was in the middle of Medical school entrance exam which is highly competitive. At that time neither he nor myself knew the truth that he was fighting with the only disease he ever had in his life.( New diagnosis of Non Hogkin's Lymphoma).  When I entered exam hall in 72 hours, it was immediately after his funeral & I felt as if I had a "brain wash".  In spite of it, I had 12th rank among 800.000 students who took the exam in the Kerala State of India. This made me eligible for the NATIONAL MERIT SCHOLARSHIP from the PRESIDENT OF INDIA which is the highest honor a student could ever have. Also , the exceptionally high score allowed me to bypass 3 years of regular college, enter one of the best Medical  Schools in the World at the age of 17 , obtaining an MD degree at the age of 22. Preparing for the Med school entrance exam at the expense of spending precious last moments with the most important person in my life was a huge sacrifice. It is the similar multiple sacrifices that I have made for the career & the 25 year marriage that made me decompensate when I lost them.Your Honor, I can prove beyond doubt how the "cover up of this  defective & toxic device " has taken me down from one extreme to the other in every aspect of my life. SO, I PRAY TO GOD THAT YOU WILL STAND WITH JUSTICE.

*[signature]*

Lalitha E. Jacob, M.D.

**Plantiff**

170 Valencia Circle,
St. Petersburg,
FL. 33716.